**DENIED and Opinion Filed August 9, 2024**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00876-CV

## IN RE STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND TODD JOSEPH DAUPER, Relators

**Original Proceeding from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-23-00225-D**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Nowell

Before the Court is relators' July 24, 2024 petition for writ of mandamus. Relators challenge the trial court's July 17, 2024 Order Denying Defendants' Motion to Abate Trial Pending Appeal (3rd Motion to Abate). Also before the Court is relators' July 24, 2024 emergency motion for temporary relief.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that relators lack an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relators' petition and the record before us, we conclude that relators have failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Having denied the petition, we also deny relators' emergency motion as moot.

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

240876F.P05